DECEMBER 9, 1963.

No. 34. BROTHERHOOD OF RAILROAD TRAINMEN *v.* VIRGINIA EX REL. VIRGINIA STATE BAR. Certiorari, 372 U. S. 905, to the Supreme Court of Appeals of Virginia. The motion of the American Bar Association for leave to participate in oral argument, as *amicus curiae,* is denied. *Wayland B. Cedarquist* on the motion.

No. 71. FEDERAL POWER COMMISSION *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL.; and

No. 73. CITY OF COLTON *v.* SOUTHERN CALIFORNIA EDISON CO. ET AL. Certiorari, 372 U. S. 958, to the United States Court of Appeals for the Ninth Circuit. The motion of the American Public Power Association for leave to participate in oral argument, as *amicus curiae,* is denied. *Northcutt Ely* and *C. Emerson Duncan II* on the motion. *Harry W. Sturges, Jr.* and *Boris H. Lakusta* for Southern California Edison Co., and *J. Thomason Phelps* for the Public Utilities Commission of California, respondents, in opposition.

No. 74. SOUTHERN RAILWAY CO. *v.* NORTH CAROLINA ET AL.; and

No. 93. UNITED STATES ET AL. *v.* NORTH CAROLINA ET AL. Appeals from the United States District Court for the Middle District of North Carolina. (Probable jurisdiction noted, 373 U. S. 907.) The motion of the Railway Labor Executives' Association for leave to file a brief, as *amicus curiae,* is granted. *Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* on the motion.

No. 691, Misc. DRAPER *v.* POWELL, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.